# Court of Appeals
# of the State of Georgia

ATLANTA,  September 25, 2015

*The Court of Appeals hereby passes the following order:*

**A16D0026. CHRISTOPHER M. HUNT v. MIDLAND FUNDING, LLC ASSIGNEE OF BARCLAYS BANK DELAWARE/AIRTRAN AIRWAYS.**

In this civil matter, the trial court granted the plaintiff's motion for default judgment on June 10, 2015. Defendant Christopher M. Hunt filed a motion for reconsideration, which the trial court denied on August 3, 2015. Hunt filed this discretionary application September 2, 2015.

From the limited materials included with the application, the nature of the underlying case is unclear. As a general principle, the grant of final judgment may be directly appealed. See OCGA § 5-6-34 (a) (1). Thus, Hunt may have a right of direct appeal from the entry of default judgment.[1] Here, however, Hunt has filed this discretionary application from the trial court's order denying his motion for reconsideration. And the denial of a motion for reconsideration is not directly appealable nor does the filing of such a motion extend the time for filing an appeal. See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271 (326 SE2d 5) (1985). Accordingly, we lack jurisdiction over this application for discretionary appeal, which is hereby DISMISSED.

---

[1] Hunt contends that he filed a notice of appeal.



*Court of Appeals of the State of Georgia*

     *Clerk's Office, Atlanta,*____09/25/2015____

     *I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*